JOSEPHINE PARKAS, Appellant, *v.* PETER PARKAS, Respondent.

Submitted April 7, 1941; decided April 17, 1941.

Motion to amend the remittitur denied.   (See 285 N. Y. 155.)

CLARENCE E. BENNETT, Respondent, *v.* SAMUEL PISCITELLO et al., Appellants.

Submitted April 7, 1941; decided April 17, 1941.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements.   (See 285 N. Y. 584.)

In the Matter of LINLEY MERRITT, Respondent, against THOMAS W. MERRITT, Appellant.

Submitted April 7, 1941; decided April 17, 1941.

Motion for reargument or for an order that the Appellate Division resettle its order certifying a question, denied. (See 285 N. Y. 561.)